July 13, 2015

83,453-01

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 17 2015

Abel Acosta, Clerk

RE: Villarreal, Jesus Roberto
    Tr. Ct. No. 06-CR-00000413-A
    WR-83,453-01

Dear Court,

On 6-15-2015 I received an official notice of receipt and presentation to the court of an application for 11.07 Writ of Habeas Corpus. Is there a possibility I may receive a copy of said application? I am unaware of the contents of the application. A copy would be of great help to me. Please consider this request. Thank you in advance for your attention to this matter. Please send your response in writing to the address listed below.

Jesus R. Villarreal #1499570
Clements Unit
9601 Spur 591
Amarillo, Tx 79107-9606